UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ALAN LUGO-MONTALVO PETITIONER

V. CIVIL ACTION NO. 3:25-CV-789-DPJ-ASH

WARDEN UNKNOWN CHILDRESS RESPONDENT

ORDER

Pro Se Petitioner Alan Lugo-Montalvo, an inmate at the Federal Correctional Complex in Yazoo City, Mississippi filed this habeas petition under 28 U.S.C. § 2241. *See* Pet. [1]. He challenges the Bureau of Prisons' (BOP) denial of credits he claims to have earned under the First Step Act (FSA). *Id.* at 1. Respondent Warden Childress raised two arguments in favor of dismissal: (1) Lugo-Montalvo failed to exhaust administrative remedies or, alternatively, (2) the petition is without merit. *See* Resp. [9] at 2–5.

On August 14, 2026, United States Magistrate Judge Andrew S. Harris entered a Report and Recommendation [12]. Judge Harris recommends that the Court deny the petition, finding both arguments persuasive. R&R [12] at 2.

As Judge Harris explained, Lugo-Montalvo neither "began—much less completed—the administrative remedy process," *id.* at 3, nor demonstrated the "futility of administrative review" excepting the exhaustion requirement, *id.* at 4 (quoting *Overshown v. Upton*, 466 F. Appx. 361, 361 (5th Cir. 2012)). *See* Landers Decl. [9-1] ¶ 24 (explaining Lugo-Montalvo "clearly failed to file the required administrative remedies up to and through the Office of General Counsel"). Alternatively, Judge Harris also agreed that dismissal on the merits was appropriate. R&R [12] at 5–7. No objection has been filed, and the time to do so has passed. *See* R&R [12] at 7–8 (advising Lugo-Montalvo that he had 14 days to file an objection).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), *quoted in Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded on other grounds by* 28 U.S.C. § 636(b)(1) *as noted in Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Having reviewed the record and found no clear error, the Court accepts Judge Harris's well-reasoned recommendation.

IT IS ORDERED that the Report and Recommendation [12] of United States Magistrate Judge Andrew S. Harris is adopted as the finding and holding of this Court. Consistent with the Report and Recommendation, Lugo-Montalvo's petition is denied. A separate judgment will be issued as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 10th day of September, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE